IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GWENDOLYN ADDERLY, | : |
| Claimant, | : |
| v. | : CASE NO. 5:06-CV-262 (HL) |
| JO ANNE BARNHART, Commissioner of Social Security, | : |
| Respondent | : |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 11) filed May 17, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the Claimant to the Magistrate Judge's Recommendation within the allotted time.

**SO ORDERED,** this the 19th day of June, 2007.

                                              s/ Hugh Lawson
                                              HUGH LAWSON, Judge
                                              United States District Court